**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rae, Pamela** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **5731** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**Ekmansgatan 7, Lgh. 7**<br>**Goteborg 412 56**<br>**SWEDEN,**<br>ZIPCODE | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Out of Country** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**3685 Motor Ave., Ste. 220**<br>**Los Angeles, CA**<br>ZIPCODE **90034** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**22 Carroll Canal, Venice, CA**    ZIPCODE **90291** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:
_____
Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Rae, Pamela** |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Rae, Pamela** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br>X **/s/ Pamela Rae** <br>Signature of Debtor    **Pamela Rae** <br><br>X <br>Signature of Joint Debtor <br><br>Telephone Number (If not represented by attorney) <br><br>**April 29, 2015** <br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br>(Check only **one** box.) <br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br>X <br>Signature of Foreign Representative <br><br>Printed Name of Foreign Representative <br><br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X **/s/ James R. Selth** <br>Signature of Attorney for Debtor(s) <br><br>**James R. Selth 123420** <br>**Weintraub & Selth, APC** <br>**11766 Wilshire Blvd., Suite 1170** <br>**Los Angeles, CA  90025** <br><br><br><br>**April 29, 2015** <br>Date <br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br>Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br>Address <br><br> |
| **Signature of Debtor (Corporation/Partnership)** | X <br>Signature <br><br>Date <br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. <br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br>X <br>Signature of Authorized Individual <br><br>Printed Name of Authorized Individual <br><br>Title of Authorized Individual <br><br>Date | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Rae, Pamela _____  Case No. _____
Debtor(s)

**VOLUNTARY PETITION**
**Continuation Sheet - Page 1 of 1**

All Other Names used by the Debtor in the last 8 years:

**pka Pamela Bunce**
**pka Pamela Rae Guzy**
**dba  Solavie Ventures Canada, Ltd.**
**aw   Solavie Ventures, Inc.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Daniel J. Weintraub Bar #132111<br>James R. Selth - Bar #123420<br>Elaine V. Nguyen - Bar #256432<br>Weintraub & Selth, APC<br>11766 Wilshire Blvd., Suite 1170<br>Los Angeles, CA 90025<br><br>☒ Attorney for Pamela Rae | |

**United States Bankruptcy Court**
**Central District of California**

| In re:<br>Rae, Pamela<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists     Date Filed: 4/29/2015
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed:
☐ Other:     Date Filed:

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____   April 29, 2015
*Signature of Signing Party*   *Date*

Rae, Pamela
*Printed Name of Signing Party*

_____   _____
*Signature of Joint Debtor (if applicable)*   *Date*

_____
*Printed Name of Joint Debtor (if applicable)*

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

_____   April 29, 2015
*Signature of Attorney for Signing Party*   *Date*

James R. Selth
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

B1D (Official Form 1, Exhibit D) (12/09)

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                           Case No. _____

**Rae, Pamela**                                  Chapter **11**
Debtor(s)

**EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE**
**CREDIT COUNSELING REQUIREMENT**

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Pamela Rae***

Date: **April 29, 2015**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                     Case No. _____

Rae, Pamela                                    Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Jesse Sammis, IV**<br>C/O Lawson Laski Clark & Pogue, PLLC<br>675 Sun Valley Rd., Ste. A<br>Ketchum, ID  83340 | | | **Disputed** | 17,000.00 |
| **Redwood Industrial Condominium Assoc.**<br>P.O. Box 6770<br>Ketchum, ID  83340 | Thomas C. Praggastis<br>191 Fifth St. West, 3rd Floor<br>Ketchum, ID  83340 | **Lawsuit** | **Disputed** | 15,954.00 |
| **L.A. Home Construction, Inc.**<br>333 Washington Blvd., #136<br>Marina Del Rey, CA  90292 | | **Fees** | | 10,303.64 |
| **Rosario Perry**<br>312 Pico Blvd .<br>Santa Monica, CA  90405 | | **Loan** | | 10,000.00 |
| **Marilee Haley**<br>7277 W. Manchester Ave., Apt. 2<br>Los Angeles, CA  90045-3513 | | **Lawsuit** | | 6,638.01 |
| **City Of Los Angeles**<br>Office Of Finance<br>200 N. Spring St., Room 201 - City Hall<br>Los Angeles, CA  90012 | | **Fees** | | 2,696.87 |
| **Sprint**<br>P.O. Box 4191<br>Carol Stream, IL  60197 | Diversified Consultants, Inc.<br>P.O. Box 551268<br>Jacksonville, FL  32255 | **Fees** | **Disputed** | 1,737.00 |
| **Department Of Motor Vehicles**<br>P.O. Box 942894<br>Sacramento, CA  94294 | Department Of Motor Vehicles<br>Lien Sale Section<br>P.O. Box 932317<br>Sacramento, CA  94232 | **Fees** | | 266.00 |
| **Intermountain Gas Company**<br>PO. Box 5603<br>Bismarck, ND  58506 | Transworld Systems Inc<br>507 Prudential Rd<br>Horsham, PA  19044 | **Utilities** | **Disputed** | 258.00 |
| **Carson City Justice Center**<br>885 East Musser Street, Ste. 2003<br>Carson City, NV  89701 | Alliance One Receivables Management<br>4850 Street Rd, Suite 300<br>Trevose, PA  19053 | **Fees** | **Disputed** | 242.00 |
| **California Emergency Physicians Desert Regional**<br>P.O. Box 582663<br>Modesto, CA  95358 | Stanislaus Credit Control<br>914 14th St.<br>Modesto, CA  95354 | **Medical Bill** | **Disputed** | 186.00 |
| **Tahoe Emergency Physicians**<br>C/O CMRE Financial Services, Inc.<br>3075 E. Imperial Hwy., #200<br>Brea, CA  92821 | | **Medical Bill** | **Disputed** | 136.79 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Co-Debtor | Type | Status | Amount |
|---|---|---|---|---|
| **CMRE Financial Services, Inc.**<br>3075 E. Imperial Highway, Suite 200<br>Brea, CA  92821 | | Medical Bill | Disputed | 121.00 |
| **Blaine County Treasurer**<br>219 1st Ave South, Suite 102<br>Hailey, ID  83333 | | Fees | Disputed | 114.33 |
| **City Of Ketchum**<br>P.O. Box 2315<br>Ketchum, ID  83340 | | Fees | | 112.51 |
| **Pathology, Inc.**<br>19951 Mariner Ave.<br>Torrance, CA  90503 | I.C.Q Search & Recovery Inc.<br>15490 Civic Dr., Suite 206<br>Victorville, CA  92392 | Medical Bill | Disputed | 80.67 |
| **Venice Canals Association**<br>P.O. Box 893<br>Venice, CA  90294 | | Association Dues | Disputed | 50.00 |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **April 29, 2015**    Signature    **/s/ Pamela Rae**
of Debtor    **Pamela Rae**

Date: _____    Signature
of Joint Debtor
(if any)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Goteborg, Sweden
Dated: April 29, 2015

/s/ *Pamela Rae*
*Signature of Debtor*

_____
*Signature of Joint Debtor*

_____
This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Weintraub & Selth, APC**<br>**11766 Wilshire Blvd., Suite 1170**<br>**Los Angeles, CA 90025**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor* | |

**United States Bankruptcy Court**
**Central District of California**

| In re:<br>**Rae, Pamela**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(d)]** |
|---|---|

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___**6**___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **April 29, 2015**

*/s/ Pamela Rae*
Debtor's signature

Date: _____

_____
Joint Debtor's signature (if applicable)

Date: **April 29, 2015**

*/s/ James R. Selth*
Attorney's signature (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2014*                                                                                            F 100 7-1. MAILINGLIST.VERIFICATION

Pamela Rae
3685 Motor Ave Ste 220
Los Angeles, CA  90034


Weintraub & Selth APC
11766 Wilshire Blvd Suite 1170
Los Angeles, CA  90025

Aaron R Marienthal Esq
Reed Smith LLP
101 Second Street Ste 1800
San Francisco, CA  94105


Alliance One Receivables Management
4850 Street Rd Suite 300
Trevose, PA  19053


Bank Of America Corporate Center
Mail Code: NC1-007-58-16
100 No Tryon St
Charlott, NC  28255


Bank of America Home Loans
7105 Corporate Dr
Plano, TX  75024


Bank of America Home Loans
8501 Fallbrook Ave
West Hills, CA  91304


Bank of America Home Loans
PO Box 10287
Van Nuys, CA  91410


Blaine County Treasurer
219 1st Ave South Suite 102
Hailey, ID  83333


Building Industries Solar Inc
DBA California Solar
65 W Easy St #103
Simi Valley, CA  93065

```
California Emergency Physicians
Desert Regional
PO Box 582663
Modesto, CA  95358


Canada Revenue Agency
501 888 - 4th Ave SW
Calgary, AB  T2P 0V2


Carson City Justice Center
885 East Musser Street Ste 2003
Carson City, NV  89701


City Of Ketchum
PO Box 2315
Ketchum, ID  83340


City Of Los Angeles
Office Of Finance
200 N Spring St Room 201 - City
Los Angeles, CA  90012


CMRE Financial Services Inc
3075 E Imperial Highway Suite 200
Brea, CA  92821


Department Of Motor Vehicles
PO Box 942894
Sacramento, CA  94294


Department Of Motor Vehicles
Lien Sale Section
PO Box 932317
Sacramento, CA  94232
```

```
Diversified Consultants Inc
PO Box 551268
Jacksonville, FL  32255


Homeowner Rights Law Group
100 North Citrus St Suite 405
West Covina, CA  91791


ICQ Search & Recovery Inc
15490 Civic Dr Suite 206
Victorville, CA  92392


Intermountain Gas Company
PO Box 5603
Bismarck, ND  58506


Jesse Sammis IV
C/O Lawson Laski Clark & Pogue PLL
675 Sun Valley Rd Ste A
Ketchum, ID  83340


John L Bunce Jr
C/O Frieda Gordon
2530 Wilshire Blvd 3rd Fl
Santa Monica, CA  90403


LA Home Construction Inc
333 Washington Blvd #136
Marina Del Rey, CA  90292


Marilee Haley
7277 W Manchester Ave Apt 2
Los Angeles, CA  90045-3513
```

MTC Financial Inc DBA Trustee
17100 Gillette Ave
Irvine, CA  92614


Oleg Kokorin
220 Carroll Canal
Venice, CA  90291


Pathology Inc
19951 Mariner Ave
Torrance, CA  90503


Quick Silver Towing Inc
5875 Rodeo Rd
Los Angeles, CA  90016


Redwood Industrial Condominium Asso
PO Box 6770
Ketchum, ID  83340


Rosario Perry
312 Pico Blvd
Santa Monica, CA  90405


Sprint
PO Box 4191
Carol Stream, IL  60197


Stanislaus Credit Control
914 14th St
Modesto, CA  95354


Tahoe Emergency Physicians
C/O CMRE Financial Services Inc
3075 E Imperial Hwy #200
Brea, CA  92821

```
Thomas C Praggastis
191 Fifth St West 3rd Floor
Ketchum, ID   83340


Transworld Systems Inc
507 Prudential Rd
Horsham, PA   19044


Trustee Corps
17100 Gillette Ave
Irvine, CA   92614


Venice Canals Association
PO Box 893
Venice, CA   90294
```