1  JOHN J. MENCHACA, Chapter 7 Trustee
   835 WILSHIRE BLVD, SUITE 300
2  LOS ANGELES, CA  90017
   Telephone:  (213) 683-3317
3  Facsimile:   (213) 683-1883

4

5

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES**

9  In re:                                    Case No. 2:15-bk-16841-BB

10 RAE, PAMELA                                Chapter 7

11                                            **NOTICE OF UNCLAIMED DIVIDEND(S)**
            Debtor(s).                        **(FRBP 3011)**
12

13
                **TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:**
14
       Please find annexed hereto Check No. 134 in the sum of $1,736.73, and Check No. 135
15
   in the sum of $521,801.75 representing the total amount of unclaimed dividend(s) in the above-
16
   entitled debtor's estate which will create a zero balance in the bank account.  Said sum is paid
17
   over to you pursuant to Bankruptcy Rule 3011.  A list of the name(s), address(es) and
18
   amount(s) to be paid to each person entitled to said unclaimed dividend is attached.
19
       Dated: October 2, 2018
20

21                                            /s/ John J. Menchaca
                                              JOHN J. MENCHACA,
22                                            Chapter 7 Trustee

23

24

25

LIST OF CREDITORS/CLAIMS WITH UNCLAIMED DIVIDEND(S)

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 127 | Spring Corp<br>Attn: Bankruptcy Dept.<br>P.O. Box 3326<br>Englewood, CO 80155-3326 | $1,736.73 |
| 133 | Pamela Rae<br>3685 Motor Ave., Ste 220<br>Los Angeles, CA 90034 | $521,801.75 |
|  |  |  |
|  | Total: | $524,538.48 |

John J. Menchaca
Chapter 7 Trustee
835 Wilshire Blvd.
Suite 300
Los Angeles, CA 90017

| In re: Pamela Rae | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER  2:15-BK-16841-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
835 WILSHIRE BOULEVARD SUITE 300, LOS ANGELES, CA 90017

**The foregoing document described NOTICE OF UNCLAIMED DIVIDEND(S)** (FRBP 3011) will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 2, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
`
☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On October 2, 2018, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Debtor**
Pamela Rae
3685 Motor Ave., Ste 220
Los Angeles, CA 90034

Spring Corp
Attn: Bankruptcy Dept.
P.O. Box 3326
Englewood, CO 80155-3326

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 2, 2018 | Imelda Gaeta | /s/Imelda Gaeta |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1**

| In re: Pamela Rae | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:15-BK-16841-BB |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Dane W Exnowski on behalf of Creditor Bank of America, N.A.
dane.exnowski@mcalla.com, bk.ca@mcalla.com

M Douglas Flahaut on behalf of Interested Party Courtesy NEF
flahaut.douglas@arentfox.com

M Douglas Flahaut on behalf of Trustee John J Menchaca
flahaut.douglas@arentfox.com

Sevan Gorginian on behalf of Interested Party Courtesy NEF
sevan.gorginian@arentfox.com, notices@nextchapterbk.com

Sevan Gorginian on behalf of Trustee John J Menchaca
sevan.gorginian@arentfox.com, notices@nextchapterbk.com

John J Menchaca (TR)
jmenchaca@menchacacpa.com, ca87@ecfcbis.com;igaeta@menchacacpa.com

David L. Neale on behalf of Interested Party Michael and Evelyn Heyward
dln@lnbyb.com

Queenie K Ng on behalf of U.S. Trustee United States Trustee (LA)
queenie.k.ng@usdoj.gov

Elaine Nguyen on behalf of Creditor Weintraub & Selth APC
elaine@wsrlaw.net, vinnet@ecf.inforuptcy.com;elayna@wsrlaw.net

Aram Ordubegian on behalf of Interested Party Courtesy NEF
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Other Professional Arent Fox LLP
ordubegian.aram@arentfox.com

Aram Ordubegian on behalf of Trustee John J Menchaca
ordubegian.aram@arentfox.com

James R Selth on behalf of Creditor Weintraub & Selth APC
jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com

David Samuel Shevitz on behalf of Interested Party Courtesy NEF
david@shevitzlawfirm.com, shevitzlawfirm@ecf.courtdrive.com;r48785@notify.bestcase.com;daisy@shevitzlawfirm.com

Nathan F Smith on behalf of Creditor Bank of America, N.A.
nathan@mclaw.org, CACD_ECF@mclaw.org

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1**