**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Los Angeles DIVISION**

In re: RAE, PAMELA § Case No. 2:15-bk-16841-BB
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

John J. Menchaca, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,230,265.73 | Assets Exempt: | $6,300.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,345,172.42 | Claims Discharged Without Payment: | $34,021.19 |
| Total Expenses of Administration: | $679,326.84 | | |

3) Total gross receipts of $3,546,301.01 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $521,801.75 (see **Exhibit 2**), yielded net receipts of $3,024,499.26 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,128,806.05 | $2,151,656.52 | $2,323,073.70 | $2,323,073.70 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $652,526.43 | $652,526.43 | $652,526.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $26,800.41 | $26,800.41 | $26,800.41 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $42,396.20 | $18,604.74 | $22,098.72 | $22,098.72 |
| **TOTAL DISBURSEMENTS** | $2,171,202.25 | $2,849,588.10 | $3,024,499.26 | $3,024,499.26 |

4) This case was originally filed under chapter 11 on 04/29/2015, and it was converted to chapter 7 on 05/11/2016.  The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    10/10/2018             By: /s/ John J. Menchaca
                                     Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | $309,062.94 |
| BANK ACCOUNTS | 1129-000 | $20,931.76 |
| REAL PROPERTY | 1129-000 | $3,198,179.36 |
| TURNOVER OF FUNDS IN DIP ACCOUT | 1290-010 | $16,669.75 |
| BANK ACCOUNTS | 1129-000 | $1,457.20 |
| **TOTAL GROSS RECEIPTS** | | **$3,546,301.01** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| UNITED STATES BANKRUPTCY COURT - RAE, PAMELA | Unclaimed Dividends - Debtor's surplus payment | 8200-001 | $521,801.75 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$521,801.75** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Bank of America, N.A. | 4110-000 | $2,128,806.05 | $2,151,656.52 | $2,323,073.70 | $2,323,073.70 |
| | **TOTAL SECURED** | | **$2,128,806.05** | **$2,151,656.52** | **$2,323,073.70** | **$2,323,073.70** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - John J. Menchaca | 2100-000 | NA | $113,984.98 | $113,984.98 | $113,984.98 |
| Trustee, Expenses - JOHN J. MENCHACA, TRUSTEE | 2200-000 | NA | $632.90 | $632.90 | $632.90 |
| Accountant for Trustee, Fees - MENCHACA & COMPANY LLP | 3310-000 | NA | $14,657.50 | $14,657.50 | $14,657.50 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Bond Payments - BOND | 2300-000 | NA | $266.30 | $266.30 | $266.30 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $759.60 | $759.60 | $759.60 |
| Administrative Rent - 123 MOVING & STORAGE | 2410-000 | NA | $450.00 | $450.00 | $450.00 |
| Costs to Secure/Maintain Property - 123 MOVING & STORAGE | 2420-000 | NA | $6,813.00 | $6,813.00 | $6,813.00 |
| Costs to Secure/Maintain Property - 123 MOVING & STORAGE | 2420-000 | NA | $450.00 | $450.00 | $450.00 |
| Costs to Secure/Maintain Property - BANNERMAN | 2420-000 | NA | $8,000.00 | $8,000.00 | $8,000.00 |
| Costs re Sale of Property - CULTURE ESCROW, INC | 2500-000 | NA | $174.85 | $174.85 | $174.85 |
| Costs re Sale of Property - Culture Escrow, Inc | 2500-000 | NA | $3,490.00 | $3,490.00 | $3,490.00 |
| Costs re Sale of Property - Lawyers Title Company | 2500-000 | NA | $22,969.50 | $22,969.50 | $22,969.50 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $13,265.64 | $13,265.64 | $13,265.64 |
| Attorney for Trustee Fees (Other Firm) - ARENT FOX LLP | 3210-000 | NA | $346,254.00 | $346,254.00 | $346,254.00 |
| Attorney for Trustee Expenses (Other Firm) - ARENT FOX LLP | 3220-000 | NA | $7,785.44 | $7,785.44 | $7,785.44 |
| Accountant for Trustee Expenses (Other Firm) - MENCHACA & COMPANY LLP | 3420-000 | NA | $97.72 | $97.72 | $97.72 |
| Realtor for Trustee Fees (Real Estate Commissions) - Compass California Inc | 3510-000 | NA | $31,950.00 | $31,950.00 | $31,950.00 |
| Other Professional Fees - The Agency | 3991-000 | NA | $79,875.00 | $79,875.00 | $79,875.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$652,526.43** | **$652,526.43** | **$652,526.43** |

**UST Form 101-7-TDR ( 10 /1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for D-I-P Fees - WEINTRAUB & SELTH, APC | 6210-160 | NA | $26,310.06 | $26,310.06 | $26,310.06 |
| Attorney for D-I-P Expenses - WEINTRAUB & SELTH, APC | 6220-170 | NA | $490.35 | $490.35 | $490.35 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$26,800.41** | **$26,800.41** | **$26,800.41** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 2 | UNITED STATES BANKRUPTCY COURT - SprintAttn Bankruptcy Dept | 7100-001 | $1,737.00 | $1,736.73 | $1,736.73 | $1,736.73 |
| 2I | SprintAttn Bankruptcy Dept | 7990-000 | NA | NA | $11.84 | $11.84 |
| 5 | INTERMOUNTAIN GAS CO. | 7100-000 | NA | $238.75 | $238.75 | $238.75 |
| 5I | INTERMOUNTAIN GAS CO. | 7990-000 | NA | NA | $1.63 | $1.63 |
| 6 | Marilee Haley | 7100-000 | $6,638.01 | $6,638.01 | $10,050.39 | $10,050.39 |
| 7 | Weintraub & Selth, APC | 7100-000 | NA | $9,991.25 | $9,991.25 | $9,991.25 |
| 7I | Weintraub & Selth, APC | 7990-000 | NA | NA | $68.13 | $68.13 |
| N/F | Blaine County Reasurer | 7100-000 | $114.33 | NA | NA | NA |
| N/F | CMRE Financial Services, Inc. | 7100-000 | $121.00 | NA | NA | NA |
| N/F | California Emergency Physicians | 7100-000 | $186.00 | NA | NA | NA |
| N/F | City of Ketchum | 7100-000 | $112.51 | NA | NA | NA |
| N/F | Department of Motor Vehicles | 7100-000 | $266.00 | NA | NA | NA |
| N/F | Jeffrey Haile | 7100-000 | NA | NA | NA | NA |
| N/F | John L. Bunce, Jr. | 7100-000 | NA | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Pathology, Inc. | 7100-000 | $80.67 | NA | NA | NA |
| N/F | Redwood Industrial Condominium Assoc. | 7100-000 | $15,954.00 | NA | NA | NA |
| N/F | Rosario Perry | 7100-000 | $17,049.89 | NA | NA | NA |
| N/F | Tahoe Emergency Physicians | 7100-000 | $136.79 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$42,396.20** | **$18,604.74** | **$22,098.72** | **$22,098.72** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 2:15-bk-16841-BB
**Case Name:** RAE, PAMELA
**For Period Ending:** 10/10/2018

**Trustee Name:** (007950) John J. Menchaca
**Date Filed (f) or Converted (c):** 05/11/2016 (c)
**§ 341(a) Meeting Date:** 11/23/2016
**Claims Bar Date:** 09/21/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | COMMERCIAL PROPERTY<br>111 N. Washington venue, Ketchum, ID 83340 | 1,600,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | REAL PROPERTY<br>220 Carroll Canal, Venice, CA 90291 | 3,300,000.00 | 1,066,193.95 | | 3,198,179.36 | FA |
| 3 | CASH ON HAND | 200.00 | 0.00 | OA | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>HSBC Acct. 8405 | 25,254.85 | 0.00 | OA | 0.00 | FA |
| 5 | BANK ACCOUNTS<br>HSBC Acct. 0150 | 0.00 | 0.00 | OA | 0.00 | FA |
| 6 | BANK ACCOUNTS<br>HSBC Acct 0028 | 4,365.81 | 0.00 | OA | 0.00 | FA |
| 7 | BANK ACCOUNTS<br>HSBC Acct 0036 | 0.00 | 0.00 | OA | 0.00 | FA |
| 8 | BANK ACCOUNTS<br>Wells Fargo Bank Acct. 1384 | 0.00 | 0.00 | OA | 0.00 | FA |
| 9 | BANK ACCOUNTS<br>Wells Fargo Bank Acct 6709 | 1,645.07 | 0.00 | OA | 0.00 | FA |
| 10 | BANK ACCOUNTS<br>Brokerage Account with Ameritrade; Acct No. 0092 | 1,453.50 | 1,453.50 | | 1,457.20 | FA |
| 11 | BANK ACCOUNTS<br>Pamela Rae Family Trust Brokerage Account with Ameritrade; Acct No. 0091 | 354,321.62 | 354,321.62 | | 309,062.94 | FA |
| 12 | BANK ACCOUNTS<br>Pamela Rae Family Trust Brokerage Account with Ameritrade; Account No. 0084 | 57,836.49 | 57,836.49 | | 20,931.76 | FA |
| 13 | SECURITY DEPOSITS<br>HC Aakre - claim against former landlord | 6,400.00 | 0.00 | OA | 0.00 | FA |
| 14 | HOUSEHOLD GOODS AND FURNISHING | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | BOOKS AND ART OBJECTS | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | WEARING APPAREL | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 17 | FURS AND JEWELRY | 50,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | FIREARMS AND HOBBY EQUIPMENT<br>(2) Ocean Kayaks | 400.00 | 0.00 | OA | 0.00 | FA |
| 19 | STOCK AND BUSINESS INTERESTS<br>100% Ownership interest in Solavie Ventures Canada, LTD | Unknown | 0.00 | OA | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.: 2:15-bk-16841-BB
Case Name: RAE, PAMELA

For Period Ending: 10/10/2018

Trustee Name: (007950) John J. Menchaca
Date Filed (f) or Converted (c): 05/11/2016 (c)
§ 341(a) Meeting Date: 11/23/2016
Claims Bar Date: 09/21/2016

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | STOCK AND BUSINESS INTERESTS<br>100 % Ownership interest in Solavie Ventures, Inc. | Unknown | 0.00 | OA | 0.00 | FA |
| 21 | ACCOUNTS RECEIVABLE<br>Francine Craker - Rent/security deposit for 220 Carroll Canal, Venice, CA 90291 (August 2015) | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 22 | CONTINGENT AND NONCONTINGENT INTEREST<br>Balance of retainer from Joel Spivak, Esq. | Unknown | 0.00 | OA | 0.00 | FA |
| 23 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>Claims against Chubb Insurance for property loss | 78,000.00 | 0.00 | OA | 0.00 | FA |
| 24 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>Claims against John L. Bunce, Jr. for violations of marital settlement agreement | Unknown | 0.00 | OA | 0.00 | FA |
| 25 | PATENTS<br>Patent No. 7,661,549 - mutually engageable twin personal care bottles | Unknown | 0.00 | OA | 0.00 | FA |
| 26 | AUTOMOBILES AND OTHER VEHICLES<br>2006 VW Bettle convertible | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 27 | TURNOVER OF FUNDS IN DIP ACCOUT (u)<br>Wells Fargo Bank | 0.00 | 16,669.75 | | 16,669.75 | FA |
| 27 | Assets Totals (Excluding unknown values) | $5,943,877.34 | $1,496,475.31 | | $3,546,301.01 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 3

**Case No.:** 2:15-bk-16841-BB
**Case Name:** RAE, PAMELA

**Trustee Name:** (007950) John J. Menchaca
**Date Filed (f) or Converted (c):** 05/11/2016 (c)
**§ 341(a) Meeting Date:** 11/23/2016

**For Period Ending:** 10/10/2018

**Claims Bar Date:** 09/21/2016

**Major Activities Affecting Case Closing:**

REPORTING PERIOD APRIL 1, 2016 - MARCH 31, 2017
The Debtor commenced her chapter 11 case on April 29, 2015, ostensibly to stay a foreclosure on her rental property located at 220 Carroll Canal, Venice, CA 90291 (the "Venice Property"). Based on her schedules, she owes nearly $2.15 million in secured debt to Bank of America N.A., the first lienholder on her Venice Property and nearly $43,000 in unsecured debt. She also appears to own, free and clear, a commercial property located at 111 N. Washington Avenue, Ketchum, ID 83340 (the "Idaho Property") as well as a significant amount of cash and securities.

Over the span of a year, the Debtor seems to have done very little. In late December 2015, when the case was over eight months old, the Debtor finally took some initiative and filed a motion to sell the Venice Property. However, the Debtor abandoned her efforts to sell the Venice Property in February 2016 and voluntarily dismissed the sale motion. Around this time, the Debtor also became severely delinquent with respect to the requirements of the Office of the United States Trustee and failed to file any monthly operating reports for four months between December 12, 2015 and April 27, 2016. Accordingly, the UST filed a motion to dismiss or convert the case. After a hearing on May 4, 2016, the Court entered its order converting the case to Chapter 7 on May 11, 2016 (the "Conversion Date") and the Trustee was appointed.

Since obtaining possession of Property on or about February 3, 2017 (the Property is the only significant item of Estate property that has been turned over and received by the Trustee to date), the Trustee and his real estate broker Arbi Derian of Compass (the "Broker"), have engaged in a diligent effort to market and sell the Property in a manner that will ensure the highest return to the Estate and creditors while assuring all creditors and interested parties that the Property will be sold within a reasonable timeline and without undue delay such that this case can finally be administered and creditors paid.

Since the Property is estimated to generate a significant return to the Estate, the Trustee believes the best course of action is to liquidate the Property for the benefit of all creditors. The Trustee has determined that holding an auction and sale hearing on April 26, 2017 is in the best interest of the Estate and creditors as it will allow adequate marketing of the Property.

Motion For Sale of Property of the Estate under Section 363(b)- 220 Carroll Canal, Venice, CA 90291 filed with the court on April 5, 2017.

Order Granting Motion For Sale of Property under Section 363(b) - free and clear of all liens, claims, encumbrances, subject to higher and better offers and approving the form and manner of notice; (BNC-PDF) (Related Doc # 266 ) Signed on 5/1/2017 (Jackson, Wendy Ann) (Entered: 05/01/2017)

PROFESSIONALS:

Order Granting Application to Employ Arent Fox LLP as general bankruptcy counsel to the Ch. 7 Trustee entered on 06/21/2016.

Order Granting Application to Employ Compass as the Trustee's broker entered on 09/13/2016.

Order Granting Application to employ Menchaca & Company LLP as Accountant entered on August 25, 2016.

ESTATE'S TAX RETURNS:

The estate's tax returns have been prepared and filed.

PROOF OF CLAIMS STATUS:

Proofs of Claims due by 09/21/2016. Government Proof of Claim due by 11/07/2016. Trustee has reviewed the claims filed and determined that objections are not necessary.

CLOSING:

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 4

**Case No.:** 2:15-bk-16841-BB  
**Case Name:** RAE, PAMELA  

**For Period Ending:** 10/10/2018

**Trustee Name:** (007950) John J. Menchaca  
**Date Filed (f) or Converted (c):** 05/11/2016 (c)  
**§ 341(a) Meeting Date:** 11/23/2016  
**Claims Bar Date:** 09/21/2016

Notice to professionals to file application for compensation (Amended) With Proof of Service Filed by Trustee John J Menchaca. (Menchaca (TR), John) (Entered: 01/26/2018)

Notice to Pay Court Costs Due Sent To: John Menchaca, Total Amount Due $0 .

**Initial Projected Date Of Final Report (TFR):** 06/30/2018    **Current Projected Date Of Final Report (TFR):** 03/01/2018 (Actual)

Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 2:15-bk-16841-BB | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | RAE, PAMELA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4594 | Account #: | ******3766 Checking Account |
| For Period Ending: | 10/10/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/25/16 | {27} | WELLS FARGO BANK, N.A. | Turnover of funds | 1290-010 | 16,669.75 | | 16,669.75 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 16,659.75 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.28 | 16,633.47 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.85 | 16,609.62 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.02 | 16,586.60 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.37 | 16,561.23 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.75 | 16,537.48 |
| 01/25/17 | 101 | INTERNATIONAL SURETIES | Term: 01/04/17 to 01/04/18 Bond #016038067 | 2300-000 | | 10.57 | 16,526.91 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 25.36 | 16,501.55 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.15 | 16,479.40 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 24.49 | 16,454.91 |
| 04/27/17 | {10} | TD AMERITRADE CLEARING | Brokerage account with Ameritrade Account No. xxx-xx0092 | 1129-000 | 1,457.19 | | 17,912.10 |
| 04/27/17 | {12} | TD AMERITRADE CLEARING | Pamela Rae Family Trust Brokerage Account with Ameritrade; Account No. xxx-xx0084 | 1129-000 | 20,931.71 | | 38,843.81 |
| 04/27/17 | {11} | TD AMERITRADE CLEARING | Pamela Rae Family Trust Brokerage Account with Ameritrade; Account No. xxx-xx0091 | 1129-000 | 308,710.76 | | 347,554.57 |
| 04/27/17 | 102 | BANNERMAN | Security - 220 Carroll Canal, Venice, CA 90291 Per Order Entered April 13, 2017 | 2420-000 | | 5,000.00 | 342,554.57 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.08 | 342,532.49 |
| 05/01/17 | 103 | BANNERMAN | Security - 220 Carroll Canal, Venice, CA 90291 Per Order Entered April 13, 2017 | 2420-000 | | 3,000.00 | 339,532.49 |
| 05/18/17 | | CULTURE ESCROW, INC | PER O.E. 05/01/2017 Granting Motion For Sale of Property under Section 363(b) | | 3,059,720.01 | | 3,399,252.50 |
| | {2} | Culture Escrow | Total Consideration $3,195,000.00 | 1129-000 | | | 3,399,252.50 |
| | {2} | Property Taxes | Prorations/Adjustments | 1129-000 | | | 3,399,252.50 |

Page Subtotals: $3,407,489.42   $8,236.92

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 2:15-bk-16841-BB | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | RAE, PAMELA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4594 | Account #: | ******3766 Checking Account |
| For Period Ending: | 10/10/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | 2nd Half 2016-2017 Property Taxes $3,179.36 | | | | |
| | | Compass California Inc | -$31,950.00 | 3510-000 | | | 3,399,252.50 |
| | | The Agency | Buyer's Broker -$79,875.00 | 3991-000 | | | 3,399,252.50 |
| | | | Department of Building and Safety -$70.85 | 2500-000 | | | 3,399,252.50 |
| | | | Los Angeles Dept of Water and Power for Water Conservation -$15.00 | 2500-000 | | | 3,399,252.50 |
| | | | Property ID Residential NHD Report -$89.00 | 2500-000 | | | 3,399,252.50 |
| | | Lawyers Title Company | Title/Taxes/Recording Charges -$22,969.50 | 2500-000 | | | 3,399,252.50 |
| | | Culture Escrow, Inc | Escrow Charges -$3,490.00 | 2500-000 | | | 3,399,252.50 |
| 05/31/17 | 104 | 123 MOVING & STORAGE | Moving and Storage - Per Order Entered April 13, 2017 | 2420-000 | | 6,813.00 | 3,392,439.50 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 969.78 | 3,391,469.72 |
| 06/06/17 | 105 | International Sureties, LTD | Bond #016030867 Term 01/04/2017 to 01/04/2018 Voided on 06/06/2017 | 2300-000 | | 756.60 | 3,390,713.12 |
| 06/06/17 | 105 | International Sureties, LTD | Bond #016030867 Term 01/04/2017 to 01/04/2018 Voided: check issued on 06/06/2017 | 2300-000 | | -756.60 | 3,391,469.72 |
| 06/06/17 | 106 | INTERNATIONAL SURETIES, LTD | Bond #016030867 Term 01/04/2017 to 01/04/2018 | 2300-000 | | 759.60 | 3,390,710.12 |
| 06/08/17 | 107 | BANK OF AMERICA | Loan No. 182566274Per Order Entered 05/01/2017 | 4110-000 | | 2,323,073.70 | 1,067,636.42 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,161.47 | 1,065,474.95 |
| 07/11/17 | {12} | TD AMERITRADE CLEARING | A/C xxx-xx0084 | 1129-000 | 0.05 | | 1,065,475.00 |
| 07/11/17 | {11} | TD AMERITRADE CLEARING | A/C xxx-xx0091 | 1129-000 | 352.18 | | 1,065,827.18 |
| 07/11/17 | {10} | TD AMERITRADE CLEARING | A/C xxx-xx0092 | 1129-000 | 0.01 | | 1,065,827.19 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,481.73 | 1,064,345.46 |
| 08/17/17 | 108 | John J. Menchaca | Per Order Entered 08/17/2017 - | 2100-000 | | 89,397.62 | 974,947.84 |

Page Subtotals: $352.24    $2,424,656.90

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 2:15-bk-16841-BB | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | RAE, PAMELA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4594 | Account #: | ******3766 Checking Account |
| For Period Ending: | 10/10/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Approving Interim Fee | | | | |
| 08/17/17 | 109 | MENCHACA & COMPANY LLP | Per Order Entered 08/17/2017 - Approving Interim Fee Voided on 08/17/2017 | 3310-000 | | 8,839.87 | 966,107.97 |
| 08/17/17 | 109 | MENCHACA & COMPANY LLP | Per Order Entered 08/17/2017 - Approving Interim Fee Voided: check issued on 08/17/2017 | 3310-000 | | -8,839.87 | 974,947.84 |
| 08/17/17 | 110 | MENCHACA & COMPANY LLP | Per Order Entered 08/17/2017 - Approving Interim Fee | 3420-000 | | 51.37 | 974,896.47 |
| 08/17/17 | 111 | ARENT FOX LLP | Per Order Entered 08/17/2017 - Approving Interim Fee | 3210-000 | | 257,716.40 | 717,180.07 |
| 08/17/17 | 112 | ARENT FOX, LLO | Per Order Entered 08/17/2017 - Approving Interim Fee | 3220-000 | | 7,339.80 | 709,840.27 |
| 08/17/17 | 113 | MENCHACA & COMPANY LLP | Per Order Entered 08/17/2017 - Approving Interim Fee | 3310-000 | | 8,788.50 | 701,051.77 |
| 08/22/17 | 114 | MARILEE HARLEY | Per O.E. 05/01/2017 | 7100-000 | | 10,050.39 | 691,001.38 |
| 08/22/17 | 115 | 123 MOVING & STORAGE | Storage - Per Order Entered April 13, 2017 | 2420-000 | | 450.00 | 690,551.38 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,622.84 | 688,928.54 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,329.80 | 687,598.74 |
| 10/05/17 | 116 | 123 MOVING & STORAGE | Storage - Per Order Entered April 13, 2017 | 2410-000 | | 450.00 | 687,148.74 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,461.36 | 685,687.38 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,062.51 | 684,624.87 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 951.90 | 683,672.97 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,081.70 | 682,591.27 |
| 02/07/18 | 117 | INTERNATIONAL SURETIES | Bond # 016030867 Term 01/04/18- 01/04/19 | 2300-000 | | 255.73 | 682,335.54 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 916.20 | 681,419.34 |
| 04/29/18 | 118 | John J. Menchaca | Distribution payment - Dividend paid at 21.57% of $113,984.98; Claim # FEE; Filed: $113,984.98 PER O.E. 4/27/2018 | 2100-000 | | 24,587.36 | 656,831.98 |
| 04/29/18 | 119 | ARENT FOX LLP | Distribution payment - Dividend paid at 25.57% of $346,254.00; Claim # ; Filed: $346,254.00 PER O.E. 4/27/2018 | 3210-000 | | 88,537.60 | 568,294.38 |
| 04/29/18 | 120 | ARENT FOX LLP | Distribution payment - Dividend | 3220-000 | | 445.64 | 567,848.74 |

Page Subtotals: $0.00  $407,099.10

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 2:15-bk-16841-BB | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | RAE, PAMELA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4594 | Account #: | ******3766 Checking Account |
| For Period Ending: | 10/10/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | paid at 5.72% of $7,785.44; Claim # ; Filed: $7,785.44 PER O.E. 4/27/2018 | | | | |
| 04/29/18 | 121 | MENCHACA & COMPANY LLP | Distribution payment - Dividend paid at 40.04% of $14,657.50; Claim # ; Filed: $14,657.50 PER O.E. 4/27/2018 | 3310-000 | | 5,869.00 | 561,979.74 |
| 04/29/18 | 122 | MENCHACA & COMPANY LLP | Distribution payment - Dividend paid at 47.43% of $97.72; Claim # ; Filed: $97.72 PER O.E. 4/27/2018 | 3420-000 | | 46.35 | 561,933.39 |
| 04/29/18 | 123 | JOHN J. MENCHACA, TRUSTEE | Distribution payment - Dividend paid at 100.00% of $632.90; Claim # ; Filed: $632.90 PER O.E. 4/27/2018 | 2200-000 | | 632.90 | 561,300.49 |
| 04/29/18 | 124 | United States Trustee | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 4; Filed: $650.00 PER O.E. 4/27/2018 | 2950-000 | | 650.00 | 560,650.49 |
| 04/29/18 | 125 | WEINTRAUB & SELTH, APC | Distribution payment - Dividend paid at 100.00% of $26,310.06; Claim # ; Filed: $26,310.06 PER O.E. 4/27/2018 | 6210-160 | | 26,310.06 | 534,340.43 |
| 04/29/18 | 126 | WEINTRAUB & SELTH, APC | Distribution payment - Dividend paid at 100.00% of $490.35; Claim # ; Filed: $490.35 PER O.E. 4/27/2018 | 6220-170 | | 490.35 | 533,850.08 |
| 04/29/18 | 127 | SprintAttn Bankruptcy Dept | Distribution payment - Dividend paid at 100.00% of $1,736.73; Claim # 2; Filed: $1,736.73 PER O.E. 4/27/2018 Stopped on 07/31/2018 | 7100-000 | | 1,736.73 | 532,113.35 |
| 04/29/18 | 128 | SprintAttn Bankruptcy Dept | Distribution payment - Dividend paid at 100.00% of $11.84; Claim # 2I; Filed: $11.84 PER O.E. 4/27/2018 | 7990-000 | | 11.84 | 532,101.51 |
| 04/29/18 | 129 | INTERMOUNTAIN GAS CO. | Distribution payment - Dividend paid at 100.00% of $238.75; Claim # 5; Filed: $238.75 PER O.E. 4/27/2018 | 7100-000 | | 238.75 | 531,862.76 |
| 04/29/18 | 130 | INTERMOUNTAIN GAS CO. | Distribution payment - Dividend paid at 100.00% of $1.63; Claim # 5I; Filed: $1.63 PER O.E. 4/27/2018 | 7990-000 | | 1.63 | 531,861.13 |
| 04/29/18 | 131 | Weintraub & Selth, APC | Distribution payment - Dividend paid at 100.00% of $9,991.25; Claim # 7; Filed: $9,991.25 PER O.E. 4/27/2018 | 7100-000 | | 9,991.25 | 521,869.88 |
| 04/29/18 | 132 | Weintraub & Selth, APC | Distribution payment - Dividend paid at 100.00% of $68.13; Claim # 7I; Filed: $68.13 PER O.E. 4/27/2018 | 7990-000 | | 68.13 | 521,801.75 |
| 04/29/18 | 133 | RAE, PAMELA | Distribution payment - Dividend paid at 100.00% of $521,801.75; | 8200-002 | | 521,801.75 | 0.00 |
| | | | **Page Subtotals:** | | $0.00 | $567,848.74 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 2:15-bk-16841-BB | Trustee Name: | John J. Menchaca (007950) |
|---|---|---|---|
| Case Name: | RAE, PAMELA | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4594 | Account #: | ******3766 Checking Account |
| For Period Ending: | 10/10/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  |  | Claim # SURPLUS; Filed: $0.00 PER O.E. 4/27/2018 Stopped on 07/31/2018 |  |  |  |  |
| 07/31/18 | 127 | SprintAttn Bankruptcy Dept | Distribution payment - Dividend paid at 100.00% of $1,736.73; Claim # 2; Filed: $1,736.73 PER O.E. 4/27/2018 Stopped: check issued on 04/29/2018 | 7100-000 |  | -1,736.73 | 1,736.73 |
| 07/31/18 | 133 | RAE, PAMELA | Distribution payment - Dividend paid at 100.00% of $521,801.75; Claim # SURPLUS; Filed: $0.00 PER O.E. 4/27/2018 Stopped: check issued on 04/29/2018 | 8200-002 |  | -521,801.75 | 523,538.48 |
| 09/27/18 | 134 | UNITED STATES BANKRUPTCY COURT | Unclaimed Dividends - Claim #2 | 7100-001 |  | 1,736.73 | 521,801.75 |
| 09/27/18 | 135 | UNITED STATES BANKRUPTCY COURT | Unclaimed Dividends - Debtor's surplus payment | 8200-001 |  | 521,801.75 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 3,407,841.66 | 3,407,841.66 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | **0.00** |  |
|  |  | **Subtotal** |  |  | 3,407,841.66 | 3,407,841.66 |  |
|  |  | Less: Payments to Debtors |  |  |  | 521,801.75 |  |
|  |  | **NET Receipts / Disbursements** |  |  | $3,407,841.66 | $2,886,039.91 |  |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 6

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:15-bk-16841-BB | **Trustee Name:** | John J. Menchaca (007950) |
| **Case Name:** | RAE, PAMELA | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4594 | **Account #:** | ******3766 Checking Account |
| **For Period Ending:** | 10/10/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $3,407,841.66 |
| Plus Gross Adjustments: | $138,459.35 |
| Less Payments to Debtor: | $521,801.75 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,024,499.26 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3766 Checking Account | $3,407,841.66 | $2,886,039.91 | $0.00 |
| | **$3,407,841.66** | **$2,886,039.91** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)